**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  8:26-cv-00538-KES                                         Date:  April 30, 2026

Title:  EVELYN VILLAREAL GONZALEZ v. NISSAN NORTH AMERICA, INC., et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):         **Order Taking Hearing Off Calendar and Directing Plaintiff to File Her AB 1755 Statutory Disclosures**

On March 9, 2026, Nissan North America, Inc. ("Defendant") removed this case from the state court.  (Dkt. 1.)  On April 6, 2026, Evelyn Villareal Gonzalez ("Plaintiff") filed a motion to remand.  (Dkt. 8.)   Defendant opposed the motion.  (Dkt. 9.)  Plaintiff filed a reply.  (Dkt. 10.)

The hearing noticed for May 5, 2026, is ordered **off calendar**.  The Court finds this matter appropriate for resolution without oral argument.  Fed. R. Civ. P. 78; L.R. 7-15.

Additionally, Plaintiff is ordered to file her AB 1755 statutory disclosures[1]—or the portion of the statutory disclosures she contends made removal ascertainable to Defendant—by **May 14, 2026**.

It is so ordered.

Initials of Deputy Clerk jd

---

[1] See Cal. Civ. Proc. Code § 871.26(g).  Plaintiff attached a copy of an email showing that counsel sent Plaintiff's "Initial Disclosures" to Defendant's counsel.  (Dkt.8-1 at 22.) However, the disclosures are contained in an email attachment that the Court cannot access.  The Court was able to view a link with Plaintiff's production of documents, so she need not file those.