JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN VILLAREAL GONZALEZ, | Case No. 8:26-cv-00538-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

IT IS ADJUDGED, consistent with the Court's Order Granting Plaintiff's Motion to Remand, that this case is remanded to the state court.

DATED: June 12, 2026



Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE

1

JUDGMENT
CASE NO. 8:26-cv-00538-KES